UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERVE BROOKS,

    Petitioner,                                 Civil No. 19-13360

v.                                              Honorable Mark A. Goldsmith

REBECCA J. ADDUCCI, et al.,

    Respondents.

## STIPULATED ORDER TO DISMISS

In accordance with the stipulation of the parties,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party.

    IT IS SO ORDERED.

Dated: January 28, 2020                s/Mark A. Goldsmith
       Detroit, Michigan                 MARK A. GOLDSMITH
                                          United States District Judge

Agreed to as to form and content:

PALMER REY                                 MATTHEW SCHNEIDER
                                               UNITED STATES ATTORNEY

*/s/G. Eric Sproull (w/consent)*        */s/Lynn M. Dodge*
G. Eric Sproull (IL 6276310)           Lynn M. Dodge (P38136)
Attorney for Plaintiff                       Assistant United States Attorney

| | |
|---|---|
| 29566 Northwestern Hwy<br>Suite 200<br>Southfield, MI 48034<br>(248) 522-9500<br>eric@PalmerRey.com | 211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226<br>(313) 226-0205<br>lynn.dodge@usdoj.gov |
| Dated: January 27, 2020 | Dated: January 27, 2020 |